UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GEORGE DWAYNE GUTHRIE, II                                              PLAINTIFF
ADC #163208

V.                          No. 3:23-CV-28-KGB-JTR

STEVE FRANKS, Former Sheriff,
Greene County Jail, *et al.*                                          DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not file objections, Judge Baker may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

### I. Discussion

On January 30, 2023, Plaintiff George Dwayne Guthrie, II ("Guthrie") and another inmate in the Greene County Detention Center ("GCDC") filed a *pro se*

§ 1983 Complaint. *Doc. 1*. In accordance with the Court's general practice, the Clerk severed the joint Complaint into two individual § 1983 cases.[1]

Because Guthrie did not pay the filing fee or file a Motion to Proceed *in forma pauperis* ("IFP Motion"), on April 28, 2023, the Court enter an Order allowing Guthrie thirty (30) days to either pay the $402 filing fee, in full, or file an IFP Motion. *Doc. 3*. The Order directed the Clerk's office to mail Guthrie an IFP Motion and jail officials to assist him in completing the necessary forms. *Id. at 4*. Importantly, the Court informed Guthrie of his duty, under Local Rule 5.5(c)(2), to diligently prosecute his case and cautioned Guthrie that if he failed to timely and properly comply with the Order, his case would be dismissed without prejudice. *Id. at 1, 4*.

On May 31, 2023, the April 28 Order mailed to Guthrie at his address of record, the GCDC, was returned undelivered, with the notation "Not here[:] Return to Sender." *Doc. 4*. Thus, it appears that Guthrie was released from the GCDC before receiving the April 28 Order.

Nevertheless, he has not paid the required filing fee, filed an IFP Motion, or provided the Court with a current mailing address. Accordingly, his Complaint should be dismissed, without prejudice, for failure to prosecute.

---

[1] *See Thomas Nail v. Franks*, No. 3:23-CV-29-KGB (E.D. Ark. Jan. 30, 2023).

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT Guthrie's Complaint be DISMISSED, WITHOUT PREJUDICE, pursuant to Local Rule 5.5(c)(2), for failure to prosecute.

DATED this 13th day of June, 2023.

_____
UNITED STATES MAGISTRATE JUDGE