# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**GEORGE DWAYNE GUTHRIE, II**                                                            **PLAINTIFF**
**ADC #163208**

**v.**                      **Case No. 3:23-cv-00028-KGB**

**STEVE FRANKS** *et al.*                                                                **DEFENDANTS**

## <u>ORDER</u>

Before the Court are the Recommended Disposition ("Recommendation") submitted by United States Magistrate Jerome T. Kearney (Dkt. No. 6). No objections to the Recommendation have been filed, and the time for filing objections has passed. After careful review, the Court adopts the Recommendation in its entirety as the Court's findings in all respects (*Id.*). The Court dismisses without prejudice plaintiff George Guthrie's complaint for failure to prosecute. *Local Rule of the United States District Court for the Eastern and Western Districts of Arkansas* 5.5(c)(2).

It is so ordered this 28th day of August, 2023.

*[signature: Kristine G. Baker]*

                                                    Kristine G. Baker
                                                    United States District Judge