IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GEORGE DWAYNE GUTHRIE, II**                                      **PLAINTIFF**
**ADC #163208**

v.                          Case No. 3:23-cv-00028-KGB

**STEVE FRANKS,** *et al.*                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff George Dwayne Guthrie, II's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied.

It is so ordered this 28th day of August, 2023.

_____
Kristine G. Baker
United States District Judge